Attorney or Party Name, Address, Phone & Fax Nos.,
State Bar No. & Email

Benjamin Heston
Bar Number: 297798
Nexus Bankruptcy
3090 Bristol Street #400
Costa Mesa, CA 92626
Phone: (949) 312-1377
Email: ben@nexusbk.com

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor(s)*

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re:

Lorenzo Salguero

CASE NO.: 1:25-bk-10095-VK

CHAPTER: 7

**DECLARATION BY DEBTOR(S)
AS TO WHETHER INCOME WAS RECEIVED
FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION
DATE**

[11 U.S.C. § 521(a)(1)(B)(iv)]

Debtor(s).

[No hearing required]

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

### Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: **02/19/2025**          **Lorenzo Salguero**

Printed name of Debtor 1                    Signature of Debtor 1

### Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____          _____

Printed name of Debtor 2                    Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*

**F 1002-1.EMP.INCOME.DEC**

Statement of Earnings for: Lorenzo Salguero

Fluids Manufacturing Inc
Dba Mammoth Distribution
PO Box 16297
North Hollywood, CA 91615

| Employee #: | 34129003 | Department | C1 | Period Begin: | 12/29/2024 |
| Clock Number: | | LMS | E | Period End: | 1/4/2025 |
| Company Id: | 100224 | Federal Filing: | Single or | Exemptions: | |
| | | State Filing: | Single or | Exemptions: | 1 |

Pay Date: | Check Date: |
Pay Type: | Hourly |
Additional Tax: |
Additional Tax: |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V1598080 | $0.00 | $2,215.36 | $1,720.71 | |

| EARNINGS | *Not included in Totals | | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 28.0000 | 38.12 | 1,067.36 | 38.12 | 1,067.36 | SOC SEC EE | 133.47 | 133.47 | Dental Pre Tax | 12.01 | 12.01 |
| Sick | 28.0000 | 1.00 | 28.00 | 1.00 | 28.00 | MED EE | 31.21 | 31.21 | Medical Pre-tax | 50.68 | 50.68 |
| Holiday | 28.0000 | 40.00 | 1,120.00 | 40.00 | 1,120.00 | FEDERAL WH | 179.92 | 179.92 | | | |
| *ER Vision | | | 3.64 | 0.00 | 3.64 | CALIFORNIA WH | 61.53 | 61.53 | | | |
| *ER Medical | | | 201.13 | 0.00 | 201.13 | CALIFORNIA SDI | 25.83 | 25.83 | | | |
| *ER Dental | | | 3.38 | 0.00 | 3.38 | | | | | | |
| *ER Life | | | 0.97 | 0.00 | 0.97 | | | | | | |

| Total: | | 79.12 | 2,215.36 | 79.12 | 2,215.36 | Total: | 431.96 | 431.96 | Total: | 62.69 | 62.69 |

| LEAVE ACCRUAL | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|
| Accrual Type | StartAvailBal | Curr. Accrued | Used | Avail. Balance | Checking | Account: ####9858 | Deposit Amount: | 720.71 |
| Vacation | 12.88 | 1.54 | 0.00 | 14.42 | Checking | Account: ####1837 | Deposit Amount: | 1,000.00 |
| Sick Frontloaded Jan 1 | 9.00 | 48.00 | 1.00 | 56.00 | | | | |
| LWOP | -17.50 | 0.00 | 0.00 | 0.00 | | | | |
| Sick 2 Jan 1 | 0.00 | 16.00 | 0.00 | 16.00 | | | | |



**Fluids Manufacturing Inc**
 **Dba Mammoth Distribution**
**PO Box 16297**
**North Hollywood, CA 91615**

| CHECK DATE | VOUCHER ID |
|---|---|
| 1/10/2025 | V1598080 |

| TOTAL NET PAY |
|---|
| ******$1,720.71 |

Lorenzo Salguero
6710 Variel Ave Apt 413
Canoga Park, CA 91303

**NOT NEGOTIABLE**

## Employee Pay Details

Fluids Manufacturing Inc

**Lorenzo Salguero**

For Pay Period: 12/22/2024 - 1/4/2025
Pay Date:        1/10/2025

| Earning | Rate | Hours | Dollars | Department | Date | Date1 |
|---|---|---|---|---|---|---|
| Regular | 28.0000 | 7.97 | 223.16 | Production & Operations | | 1/3/2025 |
| Regular | 28.0000 | 7.95 | 222.60 | Production & Operations | | 12/23/2024 |
| Regular | 28.0000 | 7.88 | 220.64 | Production & Operations | | 12/26/2024 |
| Regular | 28.0000 | 7.75 | 217.00 | Production & Operations | | 1/2/2025 |
| Regular | 28.0000 | 6.57 | 183.96 | Production & Operations | | 12/27/2024 |
| Sick | 28.0000 | 1.00 | 28.00 | Production & Operations | | 12/27/2024 |
| Holiday | 28.0000 | 8.00 | 224.00 | Production & Operations | | 1/1/2025 |
| Holiday | 28.0000 | 8.00 | 224.00 | Production & Operations | | 12/31/2024 |
| Holiday | 28.0000 | 8.00 | 224.00 | Production & Operations | | 12/25/2024 |
| Holiday | 28.0000 | 8.00 | 224.00 | Production & Operations | | 12/24/2024 |
| Holiday | 28.0000 | 8.00 | 224.00 | Production & Operations | | 12/30/2024 |
| | | **79.12** | **2,215.36** | | | |

Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars | Department | Date | Date1 |
|---|---|---|---|---|---|---|
| ER Vision | | | 3.64 | Production & Operations | | |
| ER Medical | | | 201.13 | Production & Operations | | |
| ER Dental | | | 3.38 | Production & Operations | | |
| ER Life | | | 0.97 | Production & Operations | | |
| | | | **209.12** | | | |

| Statement of Earnings for: Lorenzo Salguero | | | | | | | | Fluids Manufacturing Inc |
|---|---|---|---|---|---|---|---|---|

| Employee #: | 34129003 | Department | C1 | Period Start Date: | 12/1/2024 | Check Date: | 12/13/2024 | Dba Mammoth Distribution |
| Clock Number: | LMS | Department | E | Period End: | 12/7/2024 | Pay Type: | Hourly | PO Box 16297 |
| Company Id: | 100224 | Federal Filing: | Single or | Exemptions: | | Additional Tax: | | North Hollywood, CA 91615 |
| | | State Filing: | Single or | Exemptions: | 1 | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V1552557 | $0.00 | $2,222.78 | $1,723.59 | |

| EARNINGS | *Not included in Totals | | ^Hrs/Units = Units (Units not included in Totals) | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 28.0000 | 55.13 | 1,543.64 | 635.85 | 17,803.80 | SOC SEC EE | 133.92 | 1,185.31 | Dental Pre Tax | 12.01 | 48.04 |
| Overtime | 42.0000 | 0.17 | 7.14 | 3.26 | 136.92 | MED EE | 31.32 | 277.21 | Medical Pre-tax | 50.68 | 202.72 |
| Sick | 28.0000 | 8.00 | 224.00 | 24.00 | 672.00 | FEDERAL WH | 182.90 | 1,607.39 | | | |
| Holiday | 28.0000 | 16.00 | 448.00 | 24.00 | 672.00 | CALIFORNIA WH | 64.60 | 560.11 | | | |
| *ER Vision | | | 3.64 | 0.00 | 14.56 | CALIFORNIA SDI | 23.76 | 210.30 | | | |
| *ER Medical | | | 201.13 | 0.00 | 804.52 | | | | | | |
| *ER Dental | | | 3.38 | 0.00 | 13.52 | | | | | | |
| *ER Life | | | 0.97 | 0.00 | 3.88 | | | | | | |
| Meal Penalty | | | 0.00 | 1.00 | 28.00 | | | | | | |
| Vacation | | | 0.00 | 1.50 | 42.00 | | | | | | |
| Other | | | 0.00 | 0.50 | 14.00 | | | | | | |
| *LWOP | | | 0.00 | 17.50 | 0.00 | | | | | | |
| **Total:** | | 79.30 | 2,222.78 | 690.11 | 19,368.72 | **Total:** | 436.50 | 3,840.32 | **Total:** | 62.69 | 250.76 |

| LEAVE ACCRUAL | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|
| Accrual Type | StartAvailBal | Curr. Accrued | Used | Avail. Balance | Checking | Account: ####9858 | Deposit Amount: | 723.59 |
| Vacation | 10.30 | 1.54 | 0.00 | 11.84 | Checking | Account: ####1837 | Deposit Amount: | 1,000.00 |
| Sick | 4.00 | 2.00 | 0.00 | 6.00 | | | | |
| LWOP | -17.50 | 0.00 | 0.00 | -17.50 | | | | |
| Sick 2 New Hire | 16.00 | 0.00 | 8.00 | 8.00 | | | | |



**Fluids Manufacturing Inc**
  **Dba Mammoth Distribution**
**PO Box 16297**
**North Hollywood, CA 91615**

| CHECK DATE | VOUCHER ID |
|---|---|
| 12/13/2024 | V1552557 |

| TOTAL NET PAY |
|---|
| ******$1,723.59 |

Lorenzo Salguero
6710 Variel Ave Apt 413
Canoga Park, CA 91303

**NOT NEGOTIABLE**

## Employee Pay Details

Fluids Manufacturing Inc

**Lorenzo Salguero**

For Pay Period: 11/24/2024 - 12/7/2024
Pay Date:       12/13/2024

| Earning | Rate | Hours | Dollars | Department | Date | Date1 |
|---|---|---|---|---|---|---|
| Regular | 28.0000 | 8.00 | 224.00 | Production & Operations | | 11/25/2024 |
| Regular | 28.0000 | 7.92 | 221.76 | Production & Operations | | 11/27/2024 |
| Regular | 28.0000 | 7.90 | 221.20 | Production & Operations | | 12/5/2024 |
| Regular | 28.0000 | 7.86 | 220.08 | Production & Operations | | 12/2/2024 |
| Regular | 28.0000 | 7.85 | 219.80 | Production & Operations | | 11/26/2024 |
| Regular | 28.0000 | 7.82 | 218.96 | Production & Operations | | 12/3/2024 |
| Regular | 28.0000 | 7.78 | 217.84 | Production & Operations | | 12/4/2024 |
| Overtime | 42.0000 | 0.17 | 7.14 | Production & Operations | | 11/25/2024 |
| Sick | 28.0000 | 8.00 | 224.00 | Production & Operations | | 12/6/2024 |
| Holiday | 28.0000 | 8.00 | 224.00 | Production & Operations | | 11/28/2024 |
| Holiday | 28.0000 | 8.00 | 224.00 | Production & Operations | | 11/29/2024 |
| | | **79.30** | **2,222.78** | | | |

## Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars | Department | Date | Date1 |
|---|---|---|---|---|---|---|
| ER Vision | | | 3.64 | Production & Operations | | |
| ER Medical | | | 201.13 | Production & Operations | | |
| ER Dental | | | 3.38 | Production & Operations | | |
| ER Life | | | 0.97 | Production & Operations | | |
| | | | **209.12** | | | |

| Statement of Earnings for Lorenzo Salguero | | | | Fluids Manufacturing Inc |
|---|---|---|---|---|

| | | | | | Dba Mammoth Distribution |
|---|---|---|---|---|---|
| Employee #: | 34129003 | Department | C1 | Period Begin: | 12/15/2024 | PO Box 16297 |
| Clock Number: | LMS | Department | E | Period End: | 12/21/2024 | North Hollywood, CA 91615 |
| Company Id: | 100224 | Federal Filing: | Single or | Exemptions: | | |
| | | State Filing: | Single or | Exemptions: | 1 | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V1576577 | $0.00 | $2,217.04 | $1,719.41 | |

| EARNINGS | *Not included in Totals | | ^Hrs/Units = Units (Units not included in Totals) | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 28.0000 | 70.53 | 1,974.84 | 706.38 | 19,778.64 | SOC SEC EE | 133.57 | 1,318.88 | Dental Pre Tax | 12.01 | 60.05 |
| Overtime | 42.0000 | 0.10 | 4.20 | 3.36 | 141.12 | MED EE | 31.24 | 308.45 | Medical Pre-tax | 50.68 | 253.40 |
| Vacation | 28.0000 | 0.50 | 14.00 | 2.00 | 56.00 | FEDERAL WH | 182.21 | 1,789.60 | | | |
| Sick | 28.0000 | 8.00 | 224.00 | 32.00 | 896.00 | CALIFORNIA WH | 64.22 | 624.33 | | | |
| *ER Vision | | | 3.64 | 0.00 | 18.20 | CALIFORNIA SDI | 23.70 | 234.00 | | | |
| *ER Medical | | | 201.13 | 0.00 | 1,005.65 | | | | | | |
| *ER Dental | | | 3.38 | 0.00 | 16.90 | | | | | | |
| *ER Life | | | 0.97 | 0.00 | 4.85 | | | | | | |
| Meal Penalty | | | 0.00 | 1.00 | 28.00 | | | | | | |
| Holiday | | | 0.00 | 24.00 | 672.00 | | | | | | |
| Other | | | 0.00 | 0.50 | 14.00 | | | | | | |
| *LWOP | | | 0.00 | 17.50 | 0.00 | | | | | | |
| Total: | | 79.13 | 2,217.04 | 769.24 | 21,585.76 | Total: | 434.94 | 4,275.26 | Total: | 62.69 | 313.45 |

| LEAVE ACCRUAL | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|
| Accrual Type | StartAvailBal | Curr. Accrued | Used | Avail. Balance | Checking | Account: ####9858 | Deposit Amount: | 719.41 |
| Vacation | 11.84 | 1.54 | 0.50 | 12.88 | Checking | Account: ####1837 | Deposit Amount: | 1,000.00 |
| Sick | 6.00 | 3.00 | 0.00 | 9.00 | | | | |
| LWOP | -17.50 | 0.00 | 0.00 | -17.50 | | | | |
| Sick 2 New Hire | 8.00 | 0.00 | 8.00 | 0.00 | | | | |



**Fluids Manufacturing Inc**
 **Dba Mammoth Distribution**
**PO Box 16297**
**North Hollywood, CA 91615**

| CHECK DATE | VOUCHER ID |
|---|---|
| 12/27/2024 | V1576577 |

| TOTAL NET PAY |
|---|
| ******$1,719.41 |

Lorenzo Salguero
6710 Variel Ave Apt 413
Canoga Park, CA 91303

**NOT NEGOTIABLE**

## Employee Pay Details

### Fluids Manufacturing Inc

**Lorenzo Salguero**

For Pay Period:  12/8/2024 - 12/21/2024
Pay Date:           12/27/2024

| Earning | Rate | Hours | Dollars | Department | Date | Date1 |
|---|---|---|---|---|---|---|
| Regular | 28.0000 | 8.00 | 224.00 | Production & Operations | | 12/10/2024 |
| Regular | 28.0000 | 7.91 | 221.48 | Production & Operations | | 12/13/2024 |
| Regular | 28.0000 | 7.91 | 221.48 | Production & Operations | | 12/18/2024 |
| Regular | 28.0000 | 7.88 | 220.64 | Production & Operations | | 12/11/2024 |
| Regular | 28.0000 | 7.85 | 219.80 | Production & Operations | | 12/9/2024 |
| Regular | 28.0000 | 7.84 | 219.52 | Production & Operations | | 12/12/2024 |
| Regular | 28.0000 | 7.84 | 219.52 | Production & Operations | | 12/16/2024 |
| Regular | 28.0000 | 7.80 | 218.40 | Production & Operations | | 12/17/2024 |
| Regular | 28.0000 | 7.50 | 210.00 | Production & Operations | | 12/19/2024 |
| Overtime | 42.0000 | 0.10 | 4.20 | Production & Operations | | 12/10/2024 |
| Vacation | 28.0000 | 0.50 | 14.00 | Production & Operations | | 12/19/2024 |
| Sick | 28.0000 | 8.00 | 224.00 | Production & Operations | | 12/20/2024 |
| | | **79.13** | **2,217.04** | | | |

## Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars | Department | Date | Date1 |
|---|---|---|---|---|---|---|
| ER Vision | | | 3.64 | Production & Operations | | |
| ER Medical | | | 201.13 | Production & Operations | | |
| ER Dental | | | 3.38 | Production & Operations | | |
| ER Life | | | 0.97 | Production & Operations | | |
| | | | **209.12** | | | |