Certificate Number: 14912-CAC-DE-039380319

Bankruptcy Case Number: 25-10095



14912-CAC-DE-039380319

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 26, 2025, at 2:20 o'clock PM EST, Lorenzo Salguero completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   February 26, 2025            By:   /s/Jai Bhatt

                                     Name: Jai Bhatt

                                     Title: Counselor